UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22238-CIV-SINGHAL/SANCHEZ

ANA DILIA ORTIZ,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon a Report and Recommendation on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (DE [24]) filed on July 3, 2023, recommending that the Court grant Plaintiff's Motion (DE [23]). The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

[Continued on next page]

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [24]) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (DE [23]) is **GRANTED**.

3. This case shall remain **CLOSED**. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of July 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF